# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130996

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STEVEN FATA, ANNA FATA, DENNIS
REILLY and ROSEMARY REILLY,
   Plaintiffs/Counter-Defendants-
   Appellees,

v

ROSCOMMON COUNTY ROAD COMMISSION,
   Defendant-Counter-Plaintiff-
   Appellant,

and

LYON TOWNSHIP, DEPARTMENT OF
TRANSPORTATION, DEPARTMENT OF
TREASURY and DEPARTMENT OF
NATURAL RESOURCES,
   Defendants-Appellees.
_____/

SC: 130996
COA: 257936
Roscommon CC: 02-723576-CH

  On order of the Court, the application for leave to appeal the March 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

t0724

_____
Clerk